IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**SUE ANNE NARDONE**                                                                                          **PLAINTIFF**

**V.**                                     **CASE NO. 2:15-CV-02118**

**SYNTHES, INC., DEPUY SYNTHES, INC.,**
**and DEPUY SYNTHES SALES, INC.**                                                 **DEFENDANTS**

## ORDER

Currently before the Court is Plaintiff Sue Ann Nardone's Motion to Dismiss (Doc. 13). Defendants do not oppose the Motion.

After due consideration, **IT IS ORDERED** that the Motion to Dismiss (Doc. 13) is **GRANTED**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED** this 25th day of August, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE